IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES V. WALLACE                                                                         PETITIONER
REG. #36156-060

v.                                      Case No. 2:16-CV-089 BRW-JTK

C.V. RIVERA, *Warden*,
FCI Forrest City Medium                                                                 RESPONDENT

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After careful review, I approve and adopt the proposed findings and recommendations in their entirety.  Judgment will be entered accordingly.

IT IS SO ORDERED this 23rd day of February, 2017.


                                          /s/ Billy Roy Wilson
                                      UNITED STATES DISTRICT