# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAMES V. WALLACE**                                                      **PETITIONER**
**REG. #36156-060**

**v.**             **Case No. 2:16-CV-089 BRW-JTK**

**C.V. RIVERA,** *Warden*,
**FCI Forrest City Medium**                                          **RESPONDENT**

## JUDGMENT

Based on the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of February, 2017.

                                             /s/ Billy Roy Wilson
                                           UNITED STATES DISTRICT JUDGE